Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–24683–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald M. Feinberg
7 Victoria Drive
Swedesboro, NJ 08085

Sharon V. Feinberg
aka Sharon V. Grace
7 Victoria Drive
Swedesboro, NJ 08085

Social Security No.:
 xxx–xx–5623                                                            xxx–xx–1944

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 9, 2018</u>            <u>Andrew B. Altenburg Jr.</u>
                                         Judge, United States Bankruptcy Court